

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00305-CV

_____

IN RE REBECCA BILLMEIER, Relator

---

Original Proceeding
158th District Court of Denton County, Texas
Trial Court No. 19-9663-158

---

Before Gabriel, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief is denied.[1]

Per Curiam

Delivered: September 30, 2020

---

[1]To the extent that relator is attempting to invoke this court's appellate jurisdiction, rather than its writ jurisdiction, relator failed to file a timely notice of appeal; therefore, we do not have jurisdiction over an interlocutory appeal from the trial court's order. *See* Tex. R. App. P. 26.1(b), 26.3; *see also* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(4).